|                          |   |            |
|--------------------------|---|------------|
| STATE OF NORTH CAROLINA  | ) |            |
|                          | ) |            |
| v.                       | ) | ORDER      |
|                          | ) |            |
| JOHNNIE B. HANKERSON     | ) |            |

No. 4 PC

ON remand from the Supreme Court of the United States and in conformity with the opinion of that Court, *Hankerson v. North Carolina*, --- U.S. ---, 53 L.Ed. 2d 306 (1977), it is

ORDERED by the Court in Conference that the defendant be and he is hereby awarded a new trial. [*See* original opinion reported at 288 N.C. 632 (1975).]

This the 12th day of September, 1977.

> James G. Exum, Jr.
> Associate Justice
> For the Court

|                          |   |                         |
|--------------------------|---|-------------------------|
| STATE OF NORTH CAROLINA  | ) |                         |
|                          | ) | ORDER DENYING MOTION    |
| v.                       | ) | FOR RECONSIDERATION     |
|                          | ) |                         |
| BENNY L. JACKSON         | ) |                         |

No. 38 PC

INASMUCH as defendant did not assign as error on appeal the failure of the trial judge to place the burden of proving the absence of heat of passion or the absence of self-defense on the state, *see State v. Jackson*, 284 N.C. 383 (1973), he has waived his right now to complain about such errors. *Hankerson v. North Carolina*, --- U.S. ---, 53 L.Ed. 2d 306, 316, n. 8 (1977). Now, therefore, it is

ORDERED by the Court in Conference that defendant's motion for reconsideration be and it is hereby denied.

This the 12th day of September 1977.

> James G. Exum, Jr.
> Associate Justice
> For the Court